IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| AUDREY CLEVELAND, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CASE NO. 2:09cv530-ID |
| | ) | |
| ALABAMA POWER COMPANY, | ) | |
| | ) | |
| Defendant. | ) | |

# ORDER

The Magistrate Judge filed a Recommendation (Doc. No. 17) in this case to which no timely objections have been filed. After a review of the Recommendation, and after an independent review of the entire record, the Court believes that the Recommendation should be adopted. Accordingly, it is

ORDERED that the RECOMMENDATION of the Magistrate Judge is ADOPTED. This case is DISMISSED without prejudice, due to Plaintiff's failure to obey this court's Orders or otherwise prosecute this action.

An appropriate judgment will be entered.

Done this 16th day of February, 2010.

/s/ Ira DeMent
SENIOR UNITED STATES DISTRICT JUDGE